JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan; Board of Directors of the Motion Picture Industry Health Plan,<br><br>Plaintiffs,<br><br>v.<br><br>The Tiger Rising, LLC, a Georgia limited liability company; Crescent City Pictures, Inc., a Louisiana corporation,<br><br>Defendants. | CASE NO. 2:24-cv-08889-CAS-PVCx<br><br>**DEFAULT JUDGMENT**<br><br>[Fed.R.Civ.P. 55(b); L.R. 55-1, 55-3] |

The above-entitled matter came before the Honorable Christina A. Snyder, pursuant to the Motion of Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan; Board of Directors of the Motion Picture Industry Health Plan.

It appearing that Defendants The Tiger Rising, LLC, a Georgia limited liability company and Crescent City Pictures, Inc. a Louisiana corporation, having been regularly served with process, having failed to plead or otherwise defend this

action and their defaults having been entered, and the Court having considered Plaintiff's Motion and the Declarations of Chris Tashchyan and Kathryn J. Halford and all other papers filed in this matter, and having found that the Plaintiffs will suffer prejudice if default judgment is not entered, that Plaintiffs' claims that Defendants violated Section 515 of ERISA and Plaintiffs' Agreements and Declarations of Trust ("Trust Agreements") are meritorious and the Complaint is sufficient, that the sum of money at stake is mandated by statute and the remedies sought in the Complaint are authorized by ERISA and the Trust Agreements, that there is no dispute over material facts alleged in the Complaint, that default was not the result of excusable neglect, that the policy of favoring judgment on the merits is not dispositive when there is a failure to defend, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs, Board of Directors of the Motion Picture Industry Pension Plan; Board of Directors of the Motion Picture Industry Individual Account Plan; Board of Directors of the Motion Picture Industry Health Plan shall have judgment against The Tiger Rising, LLC, a Georgia limited liability company and Crescent City Pictures, Inc. a Louisiana corporation, as follows:

| | |
|---|---|
| Contributions (October 6, 2019 – November 7, 2020) | $ 37,604.88 |
| Interest (from due dates of contributions through June 30, 2025) | $ 24,021.69 |
| Liquidated Damages (from due dates of contributions through June 30, 2025) | $ 24,021.69 |
| Audit Costs | $ 3,637.50 |
| Attorneys' Fees | $ 9,254.00 |
| Litigation Costs | $ 1,244.51 |
| **TOTAL** | **$ 99,784.27** |

IT IS SO ORDERED.

Dated: July 31, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE